

THE LAW OFFICE OF NATHAN D. BORRIS, ESQ.
Nathan D. Borris, Esq. SBN 266090
21550 Foothill Blvd
Hayward, CA 94541
(510) 581-7113
(510) 582-6729 Fax
nateborris@gmail.com

**The following constitutes the order of the court.
Signed November 17, 2014**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

|  |  |
|---|---|
| In Re:<br><br>JASON FRANKLIN RICHMOND,<br><br>Debtor | ) Case No.: 11-49965<br>) Chapter 13<br>)<br>) **JUDGMENT VOIDING LIEN OF BANK**<br>) **OF AMERICA, N.A.**<br>)<br>)<br>) |

On December 5, 2011, this court entered an ORDER VALUING LIEN OF BANK OF AMERICA, N.A. against certain property of Debtor for purposes of this chapter 13 case. That order was subject to being set aside until Debtor obtained a discharge in this chapter 13 case. Debtor having completed plan payments and obtained a discharge, the court now therefore enters the following judgment.

The lien of BANK OF AMERICA, N.A. regarding the property commonly known as 40109 Laiolo Road, Fremont, California, and which was recorded in Alameda County on or about September 21, 2005 as document #2005405286, is hereby determined to be entirely, permanently, and for all purposes void and unenforceable.

End of Order

<u>Court Service List</u>

BANK OF AMERICA, N.A.
Attention: Officer
100 North Tryon Street
Charlotte, NC 28202